IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   NOS.: 15-CR-4275-JB
                                         15-CR-4268-JB
                                         16-CR-1613-JB

CHRISTOPHER GARCIA,

        Defendant.

COMES NOW, Christopher Garcia, by and through undersigned counsel, and hereby asserts his Fifth Amendment Right to remain silent and his Sixth Amendment Right to Counsel. Mr. Garcia does not wish to be questioned by any law enforcement agency, in the absence of counsel, pursuant to *McNeil v. Wisconsin*, 111 S. Ct. 220 (1991), and *Edwards v. Arizona*, 451 U.S. 477 (1981).

                                                Respectfully submitted,

                                                ___/s_____
                                                Amy Sirignano, Esq.
                                                Law Office of Amy Sirignano, PC
                                                5901J Wyoming Blvd. NE #250
                                                Albuquerque, NM 87109
                                                (505) 242-2770
                                                (505) 242-2774 facsimile
                                                amy@abqnmlaw.com

   /s                             
Christopher W. Adams, Esq.
The Law Office of Christopher W. Adams, PC
102 Broad Street, Suite C
Charleston SC 29401-2276
(843) 577-2153
(877) 883-9114 facsimile
chris@chrisadamslaw.com

Counsel for Christopher Garcia

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was sent via the Court's CM/ECF system to opposing counsel, AUSAs Maria Armijo, Randy Castellano, and Matthew Beck, this 11th day of January, 2017.

   /s                     
Amy Sirignano, Esq.